1

THE HONORABLE ROBERT J. BRYAN

2   RICHARD L. PHILLIPS, WSBA #6252
ROMAN S. DIXON JR. WSBA #36369

3   THE GAITÁN GROUP LLC
3131 Elliott Avenue, Suite 700

4   Seattle, WA 98121
(206) 346-6000

5

Attorneys for Defendant

6   FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Westsound Bank

7

8   Attorneys for Defendants Jerry Becker,
Mary Ann Becker, and JFB Properties LLC

9

Edward L. Mueller, WSBA # 264

10   Mueller & Associates Inc. P.S.,
2050 112th Avenue N.E., Ste 110

11   Bellevue, WA 98004
Ph. # (425) 457 7600

12   Fax # (425) 457 7601
e-mail: elm@muellerlawfirm.net

13

14

15

16

```
                            FILED         LODGED
                        ─────────── RECEIVED

                            OCT 2 9 2010

                         CLERK U.S. DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON AT TACOMA
                    BY                             DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 17   FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for WESTSOUND BANK, | |
| 18 | NO. CV09-5476-RJB |
| 19         Plaintiffs, | JOINT PRETRIAL ORDER |
| 20         v. | |
| 21   JERRY F. BECKER, individually; MARY ANN BECKER, individually; the marital | |
| 22   community composed of JERRY F. BECKER AND MARY ANN BECKER; | |
| 23   and JFB PROPERTIES LLC, a Washington Limited Liability Company, | |
| 24 | 09-CV-05476-ORD |
| 25         Defendants. | |

26

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 1

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## I. JURISDICTION

Jurisdiction is vested in this court by virtue of 12 USC §§ 1819(b)(2)(A) and (B).

## II. CLAIMS AND DEFENSES

At trial, the Federal Deposit Insurance Corporation as Receiver for Westsound Bank ("FDIC") will present evidence of the amount due on the four claims for which summary judgment was granted by the trial court judge in Kitsap County Superior Court. In addition, the FDIC will pursue a claim for fraudulent transfer per RCW 19.40.041, 19.40.051.

At trial, the defendant will present the following affirmative defenses:

(1) Westsound Bank's, and the FDIC's failure to mitigate damages.

## III. ADMITTED FACTS

The following facts are admitted by the parties:

1. Westsound Bank ("the Bank") loaned money to Jerry and Mary Ann Becker on four separate loans.

2. The state trial court granted summary judgment to the Bank on those notes by memorandum opinion dated April 24, 2009.

3. This court denied the defendants' Motion to Reconsider by Order dated August 23, 2010.

4. Prior to May 27, 2008, Jerry and Mary Ann Becker owned a parcel of real property located at 514 Sheridan Road, Bremerton, WA.

5. Prior to May 27, 2008, Jerry and Mary Ann Becker owned a parcel of real property located at 516 Sheridan Road, Bremerton, WA.

6. On or about May 27, 2008, Jerry and Mary Ann Becker transferred property located at 514 and 516 Sheridan Road, Bremerton WA, to JFB Properties LLC.

7. Jerry F. Becker is the Manager of JFB Properties, LLC.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 2

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

8. The Members of the LLC are Jerry F. Becker and Mary Ann Becker.

9. At the time of the transfers Jerry and Mary Ann Becker were indebted to Westsound Bank on loan #2019923305, which originated as loan #2019909189, in the principal amount of $467,000.

10. At the time of the transfers Jerry and Mary Ann Becker were indebted to Westsound Bank on loan #2019013644 in the principal amount of $503,450.

11. At the time of the transfers Jerry and Mary Ann Becker were indebted to Westsound Bank2007090500, which originated as loan 2019910914, in the principal amount of $157,982.

12. At the time of the transfers Jerry and Mary Ann Becker were indebted to Westsound Bank on loan 2007000000, which originated as loan 2019910922, in the principal amount of $158,790.

13. At the time of the transfers the loans were all in default.

14. The transfers were made without value.

The Plaintiff contends as follows:

1. Jerry and Mary Ann Becker owe a total of $582,857.41 on note 1.

2. Jerry and Mary Ann Becker owe a total of $598,914.24 on note 2.

3. Jerry and Mary Ann Becker owe a total of $230,749.47 on note 3

4. Jerry and Mary Ann Becker owe a total of $233,244.55 on note 4.

5. The transfer of the properties at 514 and 516 Sheridan Road, Bremerton WA from Jerry and Mary Ann Becker to JFB Properties LLC were fraudulent as to Westsound Bank and its successor in interest, the FDIC as Receiver for Westsound Bank, within the meaning of RCW 19.40.041, 19.40.051.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 3

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

The Defendants contend as follows:

1.     One of the Becker loans was a personal consumer loan with construction loan provisions, and the other three were commercial type loans, one of which was originally a construction loan, and two of which were land development loans.  All four loans were later converted to long term amortized installment loans evidenced by notes with early call or payoff dates that would require either sale of the properties securing the loans or refinancing to avoid default. It is the four amortized notes that are the part of the subjects of this lawsuit.

2.     Westsound Bank failed to mitigate damages by failing to complete non-judicial foreclosure sales in 2008 when the properties were in reasonable condition; but ceased the non-judicial foreclosure procedures, and instead instituted lawsuits on the four notes so as to increase the damages to Defendants Becker without justification.

3.     Westsound Bank failed to mitigate damages by refusing a proffered short sale on the Indianola house when it was in good condition, and would have paid by fair the major part of the loan on that property, leaving only a more manageable deficiency, but the Bank refused the sale after it had originally solicited such a mitigation strategy with Jerry Becker.

4.     The FDIC has continued the policies of Westsound Bank with respect to failure to mitigate damages, and instead has engaged in a policy of liquidating the assets related to the four loans that precludes any possible mitigation of damages.

## IV.  ISSUES OF LAW

The following are the issues of law to be determined by the court:

1.     Whether the transfers of property from Jerry and Mary Ann Becker to JFB Properties LLC  were fraudulent transfers under Washington state law?

2.     What is the total amount due from Jerry and Mary Anne Becker in principal and interest?

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 4

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

3.      What is the amount of attorney fees and costs to which plaintiff is entitled for collection costs according to the terms of the loans?

4.      Whether Westsound Bank had any obligation to mitigate damages to Defendants Becker and JFB Properties, LLC?

5.      Whether the FDIC had or has any obligation to mitigate damages with respect to Defendants Becker?.

## V.  EXPERT WITNESSES

(A).  Each party shall be limited to 1 expert witness(es) on the issues of fraudulent transfer.

(B).  The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1).  On behalf of plaintiffs:

(a).  Tony Leung

Corporate Advisory Associates

1001 Fourth Ave, Suite 3810

Seattle, WA 98101; Mr. Leung is a chartered financial analyst, and an accredited senior appraiser.  He will testify regarding Plaintiff's fraudulent transfer claim, in particular but not limited to issues relating to Defendants' solvency at the time the challenged transfers were made.

(b).  Plaintiff reserves the right to call fact witnesses as expert witnesses to the extent their education, training and/or work experience qualifies them to give expert testimony.

(c).  Plaintiff reserves the right to expert witnesses any persons identified by any other party to this action.

(2).  On behalf of defendants:

(a).  No experts disclosed or identified.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 5

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

## VI.  OTHER WITNESSES

(A).  On behalf of plaintiff:

    (1).  Kevin Leach

        2331 E. Saint Andrews Dr. N,

        Shelton, WA 98585-7549; will testify concerning the current amounts due on the loans that are the subject matter of this lawsuit loans.

    (2).  Brett T. Green

        9040 NW Anderson Hill Rd

        Silverdale WA 98383; possible witness concerning defendants' loan agreements with Westsound and the current amounts due on those loans.

    (3).  Heath B. McLellan

        2402 19th Ave Ct. NW,

        Gig Harbor WA 98335; possible witness concerning defendants' loan agreements with Westsound and the current amounts due on those loans.

    (4).  Terry A. Peterson

        6170 156th Pl SE

        Bellevue, WA 98006; possible witness concerning one or more of the defendants' relationships with Westsound.

    (5).  Jerry Becker (defendant); will testify concerning defendants' loan agreements with Westsound and concerning the transfer of properties from Jerry and Mary Ann Becker to JFB Properties LLC.

    (6).  Mary Ann Becker (defendant); possible witness concerning defendants' loan agreements with Westsound.

    (7).  The Plaintiff reserves the right to disclose additional individuals and/or to supplement this disclosure pursuant to FRCP 26(e).

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 6

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

1

2

(B). On behalf of Defendants:

3

4
     A. Jennifer Enlow
       2047 N.W. John Carlson Road

5
       Bremerton, WA 98311

6

7
     She is a former Westsound Bank (WSB) employee, a former loan officer, and formerly a

8
part of the Westsound Mortgage Department.  She was the loan officer for the Defendants Becker

9
loans and has knowledge of their four loans involved in Case No. 3:09-cv-05476-RJB.

10

11
     B. David Johnson
       3781 NE Trout Brook Lane

12
       Bremerton, WA 98311

13
     David Johnson was President of Westsound Bank (WSB) for several years

14
during which the bank was successful and growing.  Mr. Johnson was President of WSB when

15
it opened its branch office in Silverdale, WA, in 2001; and continued as President during

16
the development of its substantial mortgage business under its d/b/a Westsound Mortgage

17
that grew to about 30 employees.  Mr. Johnson knows information that pertains to

18

19
(1) Defendants Beckers' loans, and (2) Becker Family Builders Co-Plaintiffs Group's loans,

20
and (3) the banking practices of WSB concerning Defendant Beckers' loans during the

21
time when Westsound Bank had an active mortgage department, which mortgage department

22
was suddenly terminated in late September 2007.   Mr. Johnson also has information related

23
to (4) the consent Cease and Desist Order between WSB and the Washington State

24
Department of Financial Institutions (hereinafter WSDFI) and the FDIC issued in about

25
March 2008, (5) the events and investigations and reports by WSDFI and the FDIC  that led up

26

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 7

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

1    to that Cease and Desist Order, and (6) its relevance to the problems experienced by

2    Defendants Becker with respect to their loans.

3

4

5        C.  Jerry Becker, (one of the Defendants)
             c/o Edward L. Mueller, legal counsel for Plaintiffs.
6            2050 112th Avenue NE, Ste 110
             Bellevue, WA  98004
7            (425) 457 7600

8        Mr. Becker has knowledge about all aspects of the history of Defendants' loans

9    with Westsound Bank and Defendants' defenses with respect to the claims of Westsound

10   Bank and the FDIC, its receiver, including but not limited to those of Jerry Becker, Mary

11   Ann Becker and JFB Properties, LLC including but not limited to the causes of the defaults,

12

13   and the failure of Westsound Bank to mitigate damages. .

14

15       D.  Richard Sanders,
             c/o Edward L. Mueller, legal counsel for Plaintiffs.
16           2050 112th Avenue NE, Ste 110
             Bellevue, WA  98004
17           (425) 457 7600

18       Richard Sanders has knowledge about the Defendants' loans with WSB and the

19   events that through no fault of Defendants brought about the changes in Westsound Bank's

20   loan administration that caused the alleged defaults, and Westsound Bank's failure to

21

22   mitigate damages.

23

24       E..  Shelley Sanders,
             c/o Edward L. Mueller, legal counsel for Plaintiffs.
25           2050 112th Avenue NE, Ste 110
             Bellevue, WA  98004
26           (425) 457 7600

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 8

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

Shelly Sanders has information about Defendants loans with WSB and the events

that that through no fault of Defendants brought about the changes in loan administration

that caused the alleged defaults and Westsound Bank's failure to mitigate damages..

. .

> F.  Matt (Matthew) Templeton,
> c/o Edward L. Mueller, legal counsel for Plaintiffs.
> 2050 112th Avenue NE, Ste 110
> Bellevue, WA  98004
> (425) 457 7600

Matt Templeton has information about Defendants' loans with Westsound Bank and

the events that that through no fault of Defendants brought about the changes in loan

administration that caused the alleged defaults and Westsound Bank's failure to mitigate

damages.

> G.  Cherie Boyer
> 4929 Alpenglow Dr. NW
> Bremerton WA 98312

Cherie Boyer is a former management level employee of Westsound Bank,

including branch manager at the Silverdale Branch, and a senior construction loan officer.

Cherie Boyer has information concerning the administration of Defendant Beckers' loans prior

to the closing of the Bank's Mortgage Department in late September 2007 and subsequent to

the closing of the Bank's Mortgage Department in late September 2007.  She also probably

has knowledge of many of the prior loans made by Westsound Bank to Jerry and Mary

Ann Becker, and the course of dealing and standard practices of Westsound Bank.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 9

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

1

2

3

4

5

6

          (1).  Formation documents of JFB Properties, LLC H.  Veronica Colburn
Currier
      2005 Glenwood Rd. SW
      Port Orchard WA 98367

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Veronica Colburn Currier ( recently married, prior to which she was known as

Veronica Colburn) was a corporate officer (its Secretary) of Westsound Bank  (WSB) and a

key bank executive responsible for risk management practices of the bank beginning in

WSB's early years until years later when WSB was seized by WSDFI and the FDIC was

appointed as receiver of WSB.  Ms Coburn has the following knowledge:  Prior to joining WSB,

Ms. Colburn had been an officer and executive at National Bank of Port Orchard.  Jerry Becker

and his family had done banking business with Veronica Colburn at National Bank of Port

Orchard for years, and when she moved to Westsound Bank, Jerry Becker and his family moved

their banking business to WSB.  Ms Colburn has information about Jerry Becker and his family

and their banking relationships that go back many years.  Jerry Becker and his family continued

their banking through Ms. Colburn when possible.  Ms. Colburn has information about the

Becker family banking activities at the time she handled their accounts, and may have knowledge

of their banking activities after that because of her position as an officer and a lending

department executive of the Bank.  Ms Colburn-Currier may also have information related to the

consent Cease and Desist Order between WSB and WSDFI and the FDIC issued in about March

2008, and the events and investigations and reports by WSDFI and the FDIC  that led up to that

Cease and Desist Order.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 10

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

1

2

I.  Terry Benish
    PO Box 5
    Suquamish WA 98392

3

4

5

6

7

8

9

10

11

12

13

Terry Benish was hired as vice president and manager of "classified assets" of the Westsound Bank (WSB), and has information pertaining to the Defendants Beckers' various loans, and the efforts of Defendants Becker to work things out with WSB, including an agreement for short sale on the property at 21416 Indianola Road N.E. ( that would have mitigated everyone's damages, and probably WSB's potential losses on the Becker Indianola loans.   A few months after Mr. Benish was hired, his employment was suddenly terminated by WSB, and other WSB representatives refused to keep the agreements made by Mr. Benish, including the short sale that had been worked out between WSB (acting through Mr. Benish) and the Defendant Jerry Becker.

14

15

J.  Garrett Brady
    (address unknown at this time.)

16

17

18

19

20

21

Garrett Brady is a former employee of Westsound Bank (WSB) and was employed by WSB as a construction loan coordinator.  Garrett Brady has knowledge of Defendants Beckers' loans during the time he worked for WSB.  Mr. Brady also would have knowledge of the standardized practices of construction loan administration used by WSB in conjunction with Co-Plaintiffs and Defendants Beckers' loans.

22

23

K.  Steve Brown
    (address unknown at this time.)

24

25

26

Steve Brown is a former employee of Westsound Bank (WSB) and preceded Garret Brady as a construction loan coordinator.   Defendants Becker had occasion to work with Mr.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 11

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

1  Brown concerning their loans.    Steve Brown has knowledge of Defendant Beckers' loans during

2  the time he worked for WSB.  Mr. Brown also has knowledge of the standardized practices of

3  construction loan administration used by WSB in conjunction with Co-Plaintiffs and Defendant

4  Beckers' loans.

5

6      L.  Lana Heike,
       7888Crystal Manor Lane, N.W.

7         Silverdale, WA 98383

8         Ms Heike was an employee of Westsound Bank in charge of marketing and public

9  relations, and as such has knowledge of the adverse effects of the termination of the entire

10  mortgage department in September 2007 on the functioning of the bank, and particularly its loan

11  administration.  She also has knowledge of the internal relationships in Westsound Bank that

12  resulted in the refusal of some executives of the bank to approve procedures that would have

13  mitigated damages to both the borrowers from the bank and the bank.

14

15

16  ## VII.  EXHIBITS

17      (A).  Admissibility stipulated:

18      Plaintiffs' Exhibits

19      Defendant's Exhibits

20      (B).  Authenticity stipulated, admissibility disputed:

21         Plaintiffs' Exhibits

22         (1).  Becker loan agreements

23         (2).  Becker credit documents

24         (3).Documents pertaining to the transfer of property located at  514 and

25            516 Sheridan Road, Bremerton WA

26

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 12

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

Defendants' Exhibits

(A-1).  List of Prior Loans

(C).  <u>Authenticity and admissibility disputed</u>:

Plaintiff's Exhibits:

Defendants' Exhibits:

(A-2)  Written communications regarding short sales between Defendant Jerry Becker and representatives of Westsound Bank.

(A-3)  Notices of non-judicial foreclosure sent on behalf of Westsound Bank.

(A-4)  Other written communications and financial statements delivered to Westsound Bank by Defendants Becker

**VIII.  ACTION BY THE COURT**

(A).  This case is scheduled for trial before the court on November 22, 2010.

(B).  Trial briefs shall be submitted to the court on or before October 29, 2010.

(C).  On April 24, 2009, the Honorable M. Karlynn Haberly, judge of the Washington State Superior Court for Kitsap County, filed a memorandum opinion finding that Westsound Bank was entitled to summary judgment on its claims and to summary judgment of dismissal on defendants' counterclaims.

(D).  On June 14, 2010, this Court issued an Order Granting Plaintiff's Motion to Compel Discovery Responses.  The order  was signed by the Honorable Robert J. Bryan, United States District Judge.

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 13

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(E).  On August 23rd, 2010, this Court issued an Order denying defendants'

motion for reconsideration of the summary judgment order.  The order was signed by the

Honorable Robert J. Bryan.

This order has been approved by the parties as evidenced by the signatures of their

counsel.  This order shall control the subsequent course of the action unless modified by a

subsequent order.  This order shall not be amended except by order of the court pursuant to

agreement of the parties or to prevent manifest injustice.

Dated this 27th day of Oct 2010 at Seattle, Washington.

The Honorable Robert J. Bryan,
United States District Judge

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 14

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000

FORM APPROVED

By _____
Edward L. Mueller, WSBA #264
Attorney for Defendants, Jerry and Mary Ann
Becker
2050 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
(425) 457-7600; (425) 457-7801 (fax)
e-mail: elm@muellerlawfirm,net

By _____
Richard L. Phillips, WSBA No. 6252
Roman S. Dixon, WSBA No. 36369
Attorneys for Plaintiff FDIC as
Receiver for Westsound Bank
The Gaitán Group PLLC
3131 Elliot Avenue, Suite 700
Seattle, Washington  98121
Telephone:  (206) 346-6000
Fax:  (206) 346-6019
E-mail(s): rphillips@gaitan-law.com
            rdixon@gaitan-law.com
            service@gaitan-law.com

JOINT PRETRIAL ORDER
(NO. C09-5476-RJB) - 15

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON  98121
(206) 346-6000