1  RICHARD L. PHILLIPS, WSBA #6252            THE HONORABLE ROBERT J. BRYAN
   ROMAN S. DIXON JR. WSBA #36369
2  THE GAITÁN GROUP LLC
   3131 Elliott Avenue, Suite 700
3  Seattle, WA 98121
   (206) 346-6000
4

   Attorneys for Defendant
5  ~~FEDERAL DEPOSIT INSURANCE CORPORATION,~~
   ~~as Receiver for Westsound Bank~~
   2010-1 RADC/CADC Venture, LLC.

6

7

8                    UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10 | 2010-1 RADC/CADC VENTURE, LLC,      |                                |
11 |          Plaintiff,                  | NO. CV09-5476-RJB              |
   |     v.                               |                                |
12 |                                      | ~~PROPOSED~~                    |
   | JERRY F. BECKER, individually; MARY  | FINDINGS OF FACT AND           |
13 | ANN BECKER, individually; the marital| CONCLUSIONS OF LAW             |
   | community composed of JERRY F.       |                                |
14 | BECKER and MARY ANN BECKER; and      |                                |
   | JFB PROPERTIES LLC, a Washington     |                                |
15 | limited liability company,           |                                |
16 |          Defendants.                 |                                |

17      This matter came before the court for trial, without a jury, on December 8, 2010. The
18 court, having heard the testimony of witnesses and considered the evidence presented, and
19 being fully advised in the premises, now
20 **FINDS AND CONCLUDES AS FOLLOWS:**
21                              **FINDINGS OF FACT**
22  1.   2010-1 RADC/CADC Venture, LLC is the successor in interest to the FDIC as Receiver
23 for Westsound Bank, who is in turn the successor in interest to Westsound Bank.
24  2.   On or about July 21, 2005, for good and valuable consideration, defendants Jerry F.
25
26 Becker and Mary Ann Becker executed and delivered to Westsound Bank a promissory Note on

FINDINGS OF FACT AND                                        LAW OFFICES OF
CONCLUSIONS OF LAW                                       THE GAITÁN GROUP
(NO. C09-5476RJB) - 1                              A PROFESSIONAL LIMITED LIABILITY COMPANY
                                                       3131 ELLIOTT AVENUE, SUITE 700
                                                        SEATTLE, WASHINGTON 98121
                                                              (206) 346-6000

Loan No. 2019909189 in the principal amount of $467,000, and later changed to Loan No. 2019923305. (Note #1).

3. Jerry F. Becker and Mary Ann Becker have failed to make payments and to perform other obligations when due pursuant to the terms of Note #1.

4. As of December 8, 2010, the Beckers owe $601,895.59 to 2010-1 RADC/CADC Venture, LLC on Note #1.

5. On or about December 28, 2006, for good and valuable consideration, defendants Jerry F. Becker and Mary Ann Becker executed and delivered to the bank a promissory Note on Loan No. 2019013644 in the principal amount of $760,000 (Note #2).

6. Jerry F. Becker and Mary Ann Becker have failed to make payments and perform other obligations when due pursuant to the terms of Note #2.

7. As of December 8, 2010, the Beckers owe $688,801.98 to 2010-1 RADC/CADC Venture, LLC on Note #2.

8. On or about November 10, 2005, for good and valuable consideration, defendants Jerry F. Becker and Mary Ann Becker executed and delivered to the bank a promissory Note on Loan No. 2019910914 in the principal amount of $110,000, later amended to Loan Number 2007090500 and increased to $160,000 (Note #3).

9. Jerry F. Becker and Mary Ann Becker have failed to make payments and perform other obligations when due pursuant to the terms of Note #3.

10. As of December 8, 2010, the Beckers owe $240,834.25 to 2010-1 RADC/CADC Venture, LLC on Note #3.

11. On or about November 10, 2005, for good and valuable consideration, defendants Jerry F.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
(NO. C09-5476RJB) - 2

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

Becker and Mary Ann Becker executed and delivered to the bank a promissory Note on Loan No. 2019910922 in the principal amount of $110,000, later amended to Loan No. 2007090501 and increased to $160,000 (Note #4).

12. Jerry F. Becker and Mary Ann Becker have failed to make payments and perform other obligations when due pursuant to the terms of Note #4.

13. As of December 8, 2010, the Beckers owe $243,378.17 to 2010-1 RADC/CADC Venture, LLC on Note #4.

14. On May 6, 2008 Jerry F. Becker formed JFB Properties LLC.

15. Jerry F. Becker is the managing member of JFB Properties LLC.

16. At the time of the formation of JFB Properties LLC, Jerry F, Baker owned two vacant lots, located at 514 Sheridan Road and 516 Sheridan Road, in Bremerton, Washington, within the Western District of Washington.

17. In May, 2008, after the formation of JFB Properties LLC, Jerry F. Becker transferred ownership of the properties located at 514 Sheridan Road and 516 Sheridan Road, Bremerton, Washington, from himself to JFB Properties LLC.

18. The transfer was made for no value.

19. Jerry F. Becker is an insider as *to JFB Properties LLC,* [handwritten: *to Westsound Bank*] [initialed]

20. At the time of the transfer Jerry F. Becker was not paying his debts when they came due.

21. At the time of the transfer the sum of the debts of Jerry F. Becker and Mary Ann Becker was greater than the sum of their assets.

## CONCLUSIONS OF LAW

1. This court has subject matter jurisdiction and personal jurisdiction over the parties in

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
(NO. C09-5476RJB) - 3

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

this case.

2. 2010-1 RADC/CADC Venture, LLC, as successor in interest to Westsound Bank, is entitled to judgment against Jerry F. Becker and Mary Ann Becker, and their marital community, in the total amount of $1,774,909.99.

3. The transfer of the Sheridan Road properties to JFB Properties LLC was an insider transaction for no value.

4. The transfer of the Sheridan Road properties to JFB Properties LLC was made when the Beckers were insolvent.

5. The transfer was made with actual intent to hinder, delay or defraud creditors within the meaning and definitions of the Uniform Laws of Fraudulent Transfer and of RCW 19,40.041(a)(1) and (b). ELM

6. Plaintiff is entitled to have the transfer set aside pursuant to RCW 19.40.071, and to levy execution on the transferred property pursuant to RCW 19.40.071(b).

Dated this 8th day of December, 2010.

/s/ Robert J. Bryan
Honorable Robert J. Bryan
United States District Judge

PRESENTED IN OPEN COURT BY:
THE GAITÁN GROUP, PLLC

By /s/ Richard L. Phillips
José E. Gaitán, WSBA No. 7347
Richard L. Phillips, WSBA No. 6252
Roman S. Dixon, WSBA No. 36369
Attorneys for Plaintiff 2010-1
RADC/CADC Venture, LLC

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
(NO. C09-5476RJB) - 4

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000

1 | APPROVED AS TO FORM
2 | MUELLER & ASSOCIATES, INC., P.S.
3 | By *Edward L. Mueller*
4 | Edward L. Mueller, WSBA #264
5 | ATTORNEY FOR DEFENDANTS

00123054.DOC

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
(NO. C09-5476RJB) - 5

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
3131 ELLIOTT AVENUE, SUITE 700
SEATTLE, WASHINGTON 98121
(206) 346-6000